```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
AZEEZ OLANREWAJU,                                               :
:
                       Plaintiff,                  :
:      1:20-cv-4264-GHW
        -against -                                             :
:      ORDER
WILLIAM BARR, CHAD WOLF, KENNETH T.                             :
CUCCINELLI, GINA PASTORE, ROBERT                                :
COWAN, U.S. DEPARTMENT OF HOMELAND                              :
SECURITY, U.S. CITIZENSHIP AND                                  :
IMMIGRATION SERVICES,                                           :
:
                       Defendants.                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference scheduled for September 9, 2020 at 2:30 p.m., *see* Dkt. No. 3, will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules.

      Counsel for Plaintiff is directed to serve a copy of this order on all defendants in this action, and to retain proof of service.

      SO ORDERED.

Dated: August 28, 2020
New York, New York

                                               _____
                                                GREGORY H. WOODS
                                             United States District Judge